UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

     - v. -

OTONIEL RICARDO CABARCAS AVENDANO,
    a/k/a "Oto,"
EDUARDO UEJBE JARAMILLO,
    a/k/a "Condor,"
DIEGO EGIDIO PINZON GOMEZ,
RAMEL ANTONIO MARRUGO CASTRO, and
JORGE ARTURO SOSA ARGOTE,

             Defendants.

------------------------------------x

ORDER

07 Cr. 919

     Upon the application of the United States of America by Glen G. McGorty, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 07 Cr. 919, be unsealed and that the matter be assigned to a United States District Judge (Wheel B).

Dated:  New York, New York
       January 17, 2008

_____
HONORABLE ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08